IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA MUNIZZA,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>RETINOVITREOUS ASSOCIATES, LTD<br>d/b/a MID ATLANTIC RETINA,<br><br>　　　　　　*Defendant.* | CIVIL ACTION<br>NO. 21-2386 |

## ORDER

**AND NOW**, this 25th day of January 2022, upon consideration of Plaintiff Sara Munizza's January 24 Letter (ECF 28), it is **ORDERED** that the Court's Order dismissing the action with prejudice pursuant to local rule 41.1(b), (ECF 29), is **VACATED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.